

**FILED** **BG**
11/6/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



RECEIVED
OCT 10 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Earl Conner

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cameshia Martin
Sgt Christoph Vacek star# 2402
LT James R Mason star# 17340

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

1:17-cv-07299
Judge Rebecca R. Pallmeyer
Magistrate Judge Sidney I. Schenkier
PC3

CHECK ONE ONLY:

__X__     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Earl Conner

    B. List all aliases: N/A

    C. Prisoner identification number: K92239

    D. Place of present confinement: Robinson Correctional Center

    E. Address: 13423 E 1150th Ave Robinson, IL 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Cameshia Martin
        Title: CNA Certified Nurses Asst
        Place of Employment: Princeton Nursing Home Chicago, IL

    B. Defendant: Christoph Vacek star# 2402
        Title: Sgt of the Chicago Police department
        Place of Employment: Chicago Police department Chicago, IL

    C. Defendant: James R Mason star #17340 Engine #11
        Title: LT of the Chicago fire department Chicago, IL
        Place of Employment: Chicago Fire department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 3, 2016 at 7538 S Phillips Apt 3 Chicago Illinois 60649, the Chicago Police Sgt Christoph Vacek star #2402 and Chicago Fire departmend LT James R Mason star # 17340, force entry into my home, funded by the federal government (HCV) House Choice Voucher program. Nevertheless the plaintiff and plaintiff daughter Zoey Conner are voucher partispants of the program, Cameshia Martin is not on the voucher or the lease which is the Mother of my daughter. However due to the misleading information given to the Chicago Police and fire department that it was a child in danger, false informating given by Cameshia Martin. There were eleven Police officers along with the Chicago fire department with guns drawn and pointed at the plaintiff and plaintff daughter. The officers body Cameras were activated during the illegal force entry. Base on the illegal force entry and misleading information the officers used illegally seized evidence to convict me at my trial on June 19, 2017. However the arresting Chicago Police Sgt Cheistoph Vacek did not display a warrant to arrest or to detain the plaintiff. More over there were no consent of authority that was given for the force entry or arrest. However at my trial the Aggravated Battery of a child under 13 was dismiss at the day of my jury selection, which was the Reason for the force entry. I the plaintiffs was Maliciously prosecuted, violated of my Constitutional rights of my fourth and fifth amendment Rights that the plaintiff is entitle to as a citzen of the United States of America.

4                                                         Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff is asking the courts in the amount of twenty-five million dollars for the violation of my Constitutional Rights and for the pain and suffering of wrongful incarceration.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18__ day of __Sept__, 20__17__

_Earl Conner_
(Signature of plaintiff or plaintiffs)

Earl Conner
(Print name)

K92239
(I.D. Number)

13423 E 1150th Ave
Robinson, IL 62454
(Address)

OFFICIAL SEAL
TERESA J BEARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/20/20

_Teresa J Beard_, 9-18-17
notary

6

Revised 9/2007