IN THE UNITED States District Court
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EC

**FILED**

MAY 09 2018 *K*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Earl Conner #k02239 )    Case No 17C 7299
      Plaintiff       )
                      )       JUDGE PALLMEYER
V                     )
                      )
City of Chicago       )       Jury Demand
      Defendants

## MOTION FOR EXTENSION of time to Answer officer VACEK'S First set of INTERROGATORIES And First Set of REQUESTS for Production TO Plaintiff

Pursuant to Rule of Civil Procedure Rule6 Plaintiff is Asking the court for a extension of time of 60 days to Respond to defendants first set of Interrogatories and first set of Requests for Production, States the following:

① Plaintiff does not Have Access to documents to what the Defendants are asking.

② Plaintiff states that in order to prepare for a fair trial and maintain integrity of any and all document yet have access to documents Not allowed in an institutional setting as a proper Litigant in an orderly and timely Fashion would be impossible for the Plaintiff to produce.

And wherefore the Plaintiff hope and humbly prays that this Honorable court will duly grant and sustain this motion for Extension of time to Answer officer Vacek's First set of Interrogatories and first set of Requests for Production to Plaintiff.

Earl Conner
                                          PRO PER

May 3, 2018

Earl Conner # K92239

Robinson-RCC

13423 East 1150th Ave

Robinson, IL 62454

2018 MAY -9 AM 8:31


THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPT
OF CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.21⁰
02 1M
0004291134   MAY 04 2018
MAILED FROM ZIP CODE 62454


05/09/2018-17

Office of

Clerk of THE U.S. District Court

Prisoner Correspondence
United States Court House

219 South Dearborn Street

Chicago, IL, 60604

(Legal Mail)